IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN L. FLOYD | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration | : | NO. 10-CV-4745 |

ORDER

AND NOW, this 28th day of April, 2011, upon consideration of the Plaintiff's Request for Review, Defendant's response to Request for Review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED;
2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.